**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Freddy S. CAMPBELL, Defendant— Appellant.**

**No. 08–8610.**

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 20, 2009.

Decided: Aug. 24, 2009.

Freddy S. Campbell, Appellant pro se. John J. Frail, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Freddy S. Campbell appeals the district court's order denying his motion to compel the district court to rule on jurisdiction in his criminal case. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Campbell,* No. 2:05–cr–00120–1 (S.D.W.Va. Dec. 1, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*